# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

David K. Lee;
Hee J. Lee

              V.                      **JUDGMENT IN A CIVIL CASE**

First Franklin a Division of National City Bank;
Cal-Western Reconveyance Corporation

                **CASE NUMBER:**    09cv967-MMA(RBB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court grants Defendant's unopposed motion and dismisses this action without prejudice pursuant to Rule 41(b). The Court declines Defendant's request to recover its costs. Each party shall bear its own costs and attorney fees.

| January 26, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                              s/ L. Hammer
                                              (By) Deputy Clerk

                                              ENTERED ON January 26, 2010